IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CR194 |
| | ) | |
| v. | ) | |
| | ) | |
| PERCY E. GRANT, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on the motion of Joseph L. Howard for leave to withdraw as counsel for the defendant (Filing No. 84), and the motion for extension of time for filing sentencing briefs (Filing No. 85). The Court finds the motions should be granted. Accordingly,

IT IS ORDERED:

1) The motion of Joseph L. Howard for leave to withdraw as counsel for the defendant is granted; defendant shall retain other counsel and counsel shall enter an appearance on or before **December 22, 2008.**

2) The motion for extension of time for filing sentencing briefs is granted; said briefs shall be filed on or before **January 9, 2009.**

-2-

3) Sentencing in this matter is rescheduled for:

**Friday, January 16, 2009, at 9:30 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 25th day of November, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court