IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CR194 |
| | ) | |
| v. | ) | |
| | ) | |
| PERCY E. GRANT, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

IT IS ORDERED that the Public Defender shall appoint Wesley S. Dodge, 11414 West Center, Suite 333, Omaha, Nebraska, 68144-4420, to represent defendant.  Sentencing in this matter is scheduled for:

**Friday, January 16, 2009, at 9:30 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 7th day of January, 2009.

BY THE COURT:

/s/ Lyle E. Strom

_____
 LYLE E. STROM, Senior Judge
 United States District Court