IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CR194 |
| | ) | |
| v. | ) | |
| | ) | |
| PERCY E. GRANT, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255 (Filing No. 130).  The Court finds plaintiff should respond to said motion.  Accordingly,

IT IS ORDERED that the plaintiff shall file a response to defendant's § 2255 motion on or before February 4, 2011.

DATED this 19th day of January, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court