IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CR194 |
| | ) | |
| v. | ) | |
| | ) | |
| PERCY E. GRANT, | ) | ORDER AND JUDGMENT |
| | ) | |
| Defendant. | ) | |

Pursuant to the memorandum opinion entered herein this date,

IT IS ORDERED:

1) Defendant's motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255 (Filing No. 130) is denied.

2) The government's motion to dismiss defendant's motion under 28 U.S.C. § 2255 (Filing No. 133) is granted.

3) The government's motion for ruling on motion to dismiss, to extend time for filing an answer and for order directing former defense counsel to provide affidavits (Filing No. 135) is denied as moot.

DATED this 24th day of February, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court