IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiffs,

v.

PERCY E. GRANT,

Defendant.

**8:08CR194**

**ORDER**

This matter is before the Court on defendant Percy E. Grant's ("Grant") Motion to Extend Time to File Notice of Appeal (Filing No. 158). In support of his request for a thirty-day extension of time to appeal this Court's September 23, 2019, Memorandum and Order (Filing No. 157) denying Grant's request for a sentence reduction, Grant's counsel reports that he has sent a copy of the Court's decision to Grant in prison but has not yet received any response as to whether he wants to appeal.

For good cause shown, Grant's motion is granted. *See* Fed. R. App. P. 4(b)(4) (legal standard). The Court hereby extends the deadline for Grant to file a notice of appeal by thirty days.

IT IS SO ORDERED.

Dated this 2nd day of October 2019.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge